FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

2016 JUN -8 AM 11: 56

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | **CR 412-154** |
| **JASMINE S. QUALLS** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant JASMINE S. QUALLS without prejudice.

SO ORDERED, this _8TH_ day of _June_____, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA